THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Cedric Andrae
 Clinkscales, Appellant.
 
 
 

Appeal from Anderson County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2008-UP-230
Submitted April 1, 2008  Filed April 14,
 2008   
APPEAL DISMISSED

 
 
 
 Chief Attorney for Capital Appeals Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Cedric Andrae Clinkscales
 appeals his convictions for murder and
 possession of a weapon during the commission of a violent crime.  Clinkscales
 contends the trial court erred in refusing to charge voluntary manslaughter.  Clinkscales counsel attached a
 petition to be relieved, stating he reviewed the record and concluded this
 appeal lacks merit.  Clinkscales filed a pro se brief raising
 numerous issues.  After a thorough review of the record, counsels brief and
 Clinkscales pro se brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss his appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., PIEPER, J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.